1040

[No. 33109-1-III.   Division Three.   June 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIA H. HERNANDEZ MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 13-1-00442-1, John D. Knodell III, J., entered February 2, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Siddoway and Pennell, JJ.

[No. 33122-9-III.   Division Three.   June 21, 2016.]

NEIL HORNSBY, *Appellant*, v. DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 14-2-00222-4, Ted W. Small, J., entered January 7, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Siddoway and Pennell, JJ.

[No. 33141-5-III.   Division Three.   June 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. IAN JONATHAN ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-1-02148-9, Michael P. Price, J., entered January 6, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Pennell, J.

[No. 33153-9-III.   Division Three.   June 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ROMAN LEE BONE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 14-1-00783-6, Evan E. Sperline, J., entered February 23, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Fearing, C.J., concurred in by Pennell, J.; Siddoway, J., dissenting in part.